People of State of Illinois ex rel. Henry E. Marski, Appellee, v. Eugene Spikes et al., Appellants.

Gen. No. 44,036.

opinion filed February 16, 1948; rehearing denied March 2, 1948; released for publication March 2, 1948. Elliodor M. Libonati, for appellants; William Vihon, of counsel; William J. Tuohy, State's Attorney, for appellee; John F. Cashen, Jr., Special Attorney to Board of Election Commissioners, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.

Gertrude Fischer (Turek), Appellant, v. Edward Fischer, Appellee.

Gen. No. 44,200.

opinion filed February 16, 1948; released for publication March 2, 1948. Harry S. Posner, for appellant; Leroy Neiman and Samuel M. Lanoff, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.